IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00162 |
| | ) | Judge Trauger |
| [1] WENDY ASKINS. | ) | |
| [2] LARRY GENE WEBB, and | ) | |
| [3] BILLY MICHAEL FOSTER | ) | |

**O R D E R**

Upon reassignment of this case to Judge Trauger, the trial is being reset before her on December 3, 2013. It is further **ORDERED** that the plea agreement hearing scheduled for November 18, 2013 and the pretrial conference scheduled for November 18, 2013 are **CANCELLED**.

It is further **ORDERED** that a status conference will be held in this case on Wednesday, November 13, 2013, at 4:00 p.m. The presence of the defendants at this status conference is excused.

It is so **ORDERED**.

ENTER this 7th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge