## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00162 |
| | ) | Judge Trauger |
| [1] WENDY ASKINS. | ) | |
| [2] LARRY GENE WEBB, and | ) | |
| [3] BILLY MICHAEL FOSTER | ) | |

## **O R D E R**

It is hereby **ORDERED** that the status conference scheduled for December 16, 2013 is **RESET** for Tuesday, December 10, 2013, at 2:30 p.m. Any defendant who executes a waiver of speedy trial will be excused from personal presence at this status conference. If any counsel cannot attend, he should see to it that another lawyer from his office attends or that his trial schedule is given to another counsel who will be attending the status conference.

It is so **ORDERED**.

ENTER this 5th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge