UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED for extension to 2/10/14.**
> *[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-162 |
| | ) | JUDGE TRAUGER |
| BILLY MICHAEL FOSTER | ) | |

**MOTION FOR EXTENSION OF TIME FOR FILING RESPONSES TO DEFENDANT BILLY MICHAEL FOSTER'S MOTION TO DISMISS, MOTION FOR A BILL OF PARTICULARS, MOTION FOR SEVERANCE, AND MOTION FOR EARLY DISCLOSURE AND PRODUCTION OF *JENCKS* MATERIAL, AGENT NOTES, AND *BRADY/GIGLIO* MATERIAL**

COMES NOW the United States of America, by and through Assistant United States Attorney Scarlett Singleton Nokes, in response to Defendant Billy Michael Foster's Motion to Dismiss (Docket Nos. 46 and 47), Motion for a Bill of Particulars (Docket Nos. 48 and 49), Motion for Severance (Docket Nos. 50 and 51), and Motion for Early Disclosure and Production of *Jencks* Material, Agent Notes, and *Brady/Giglio* Material (Docket No. 52), all dated December 13, 2013.

1. At the December 10, 2013, status conference the Court established pretrial deadlines (Docket No. 42). The Court ordered deadline for the Government's responses to Foster's pretrial motions is January 10, 2014.

2. The United States is seeking an additional 30 days to respond to the Defendant Foster's motions.

3. Foster's motions raise several legal issues and will take significant time to research. The United States is seeking additional time in order to fully address the issues raised in Foster's motions.

4. The United States has been advised by Foster's counsel that Foster does not object