IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:13-00162 |
| v. | ) JUDGE TRAUGER |
| | ) |
| BILLY MICHAEL FOSTER | ) |

## AGREED ORDER OF DISMISSAL AND RELEASE

It appears to the Court from the signatures below of the defendant, the defendant's attorney, and the attorneys for the government that the parties have agreed that the above indictment should be dismissed with prejudice.

The parties and their attorneys further agree that no factual concession or admission concerning any matter in this case is being made by either party but rather the dismissal is based on a mutual desire of the parties and their attorneys to resolve this case without the necessity of further proceedings. The parties and their attorneys further agree that the defendant shall not authorize, file or otherwise pursue any alleged claims he may have against the government for failure to prosecute him, for a claim that he is a "prevailing party," or any other claims he may have pursuant to 18 United States Code, Section 3006A. The parties further agree that the defendant's waiver of his claims is done knowingly, intelligently and voluntarily.

IT IS SO ORDERED.

_____
JUDGE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

_____
BILLY MICHAEL FOSTER
DEFENDANT

_____
HAL HARDIN
ATTORNEY FOR DEFENDANT

DAVID RIVERA
UNITED STATES ATTORNEY for the
MIDDLE DISTRICT OF TENNESSEE

_____
JIMMIE LYNN RAMSAUR
ASSISTANT U.S. ATTORNEY

_____
SCARLETT SINGLETON NOKES
ASSISTANT U.S. ATTORNEY